# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ANGIE M. WEBBER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:13-cv-00236-NT ) |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security*, | ) ) ) ) |
| Defendant, | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On June 25, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. The Commissioner's decision is AFFIRMED.

/s/ Nancy Torresen
United States District Judge

Dated this 15th day of July, 2014.